```
          FILED         ____ RECEIVED
          ENTERED       ____ SERVED ON
                        COUNSEL/PARTIES OF RECORD

               NOV 2 1 2012

          CLERK US DISTRICT COURT
             DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JULIO SMITH PARRA, | 3:12-cv-00398-RCJ-WGC |
| *Plaintiff,* | ~~2:12-cv-00398-RCJ-WGC~~ |
| vs. | |
| E.K. MCDANIEL, *et al.,* | ORDER |
| *Defendants.* | |

Plaintiff, a Nevada state inmate, has filed an application (#1) to proceed *in forma pauperis* seeking to initiate a civil rights action.

The application is incomplete. Both a financial certificate properly executed by an appropriate institutional officer and a statement of the plaintiff's inmate trust fund account for the past six months are required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2. Plaintiff attached an account statement and a financial certificate, but the financial certificate was not executed by an appropriate institutional officer.

It does not appear from review of the allegations presented that a dismissal without prejudice will materially impact the analysis of the timeliness of a promptly-filed new complaint. Plaintiff's claims either are timely under the argument advanced in his associated papers or, if that analysis does not prove persuasive as to a claim or claims, the limitations period instead long since will have expired.

IT THEREFORE IS ORDERED that the application to proceed *in forma pauperis* (#1) is DENIED and that this action shall be DISMISSED without prejudice to the filing of a new

1  complaint on the required form in a new action together with either a new pauper application
2  with all required attachments or payment of the $350.00 filing fee.
3      The Clerk of Court shall SEND plaintiff a copy of the papers that he filed along with the
4  complaint and pauper forms and instructions for both forms.
5      The Clerk shall enter final judgment accordingly, dismissing this action without
6  prejudice.
7      DATED: November 21, 2012

ROBERT C. JONES
Chief United States District Judge